46044. BLANKENSHIP v. THE STATE.

QUILLIAN, Judge. The defendant was indicted and convicted of burglary. He filed a motion for new trial which was overruled and the case is here on appeal. *Held:*

The trial judge instructed the jury: "Ladies and gentlemen, our law provides a person commits burglary when, without authority and with intent to commit a felony or theft therein he enters or remains within the dwelling house of another." This charge is taken from the Criminal Code of Georgia § 26-1601 (Ga. L. 1968, pp. 1249, 1287; *Code Ann.* § 26-1601), which did not become effective until July 1, 1969. The alleged burglary took place on November 1, 1967. The 1968 Act repealed *Code* § 26-2401 and removed the element of breaking from the crime. Thus, the trial judge should have charged the elements of bur-

glary as defined by *Code* § 26-2401 which was in effect at the time the alleged burglary was committed. The Criminal Code of Georgia § 26-103 (Ga. L. 1968, pp. 1249, 1260; *Code Ann.* § 26-103); *Ponder v. State*, 121 Ga. App. 788, 789 (175 SE2d 55).

*Judgment reversed. Jordan, P. J., and Evans, J., concur.*

SUBMITTED MARCH 3, 1971—DECIDED MARCH 19, 1971.

*Hardaway Young, III*, for appellant.